1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL BARKARRI FOSTER,                No. 2:24-cv-02979-DC-SCR (PC)

12                    Plaintiff,

13          v.                               ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS
14   BROWN, et al.
                                             (Doc. No. 17)
15                    Defendants.

16

17          Plaintiff Michael Barkarri Foster, a state prisoner proceeding *pro se*, has filed this civil

18   rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On May 5, 2025, the magistrate judge issued findings and recommendations

21   recommending Plaintiff's complaint be dismissed without leave to amend for failure to state a

22   claim against any proper defendant. (Doc. No. 17.) The pending findings and recommendations

23   were served on Plaintiff and contained notice that any objections thereto were to be filed within

24   fourteen (14) days after service. (*Id*. at 11.) Plaintiff has not filed objections to the findings and

25   recommendations, and the time to do so has passed.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

27   court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

28   court finds the findings and recommendations to be supported by the record and by proper

                                              1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed on May 5, 2025 (Doc. No. 17) are
      ADOPTED in full;

2.    Plaintiff's complaint (Doc. No. 1) is dismissed without leave to amend; and

3.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **December 16, 2025**

_____
Dena Coggins
United States District Judge

2